RODERICK G. DORMAN (SBN 96908)
rdorman@mckoolsmithhennigan.com
ALAN P. BLOCK (SBN 143783)
ablock@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

OMER SALIK (SBN 223056)
omer.salik@activision.com
ACTIVISION BLIZZARD, INC.
3100 Ocean Park Blvd.
Santa Monica, California 90405
Telephone: (310) 255-2642
Facsimile: (310) 255-22152

Attorneys for Plaintiff
Activision Publishing, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., <br><br> Plaintiff, <br><br> v. <br><br> xTV Networks, Ltd.; xTV Networks US, Inc.; and xTVNow, Inc., <br><br> Defendants. | CASE NO. 2:16-cv-00737 <br><br> **NOTICE OF DISMISSAL OF DEFENDANT XTVNOW, INC. WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P., RULE 41(A)(1)(A)(i)** |

TO THE COURT AND TO COUNSEL FOR ALL DEFENDANTS:

PLEASE TAKE NOTICE THAT Plaintiff Activision Publishing, Inc. hereby dismisses Defendant XTVNOW, Inc. without prejudice pursuant to Fed.R.Civ.P., Rule 41(a)(1)(A)(i).

DATED: March 8, 2016         RODERICK G. DORMAN
                             ALAN P. BLOCK
                             MCKOOL SMITH HENNIGAN, P.C.


                             By: */s/ Alan P. Block*
                                 Roderick G. Dorman (SBN 96908)
                                 Alan P. Block (SBN 143783)
                                 Attorneys for Plaintiff
                                 Activision Publishing, Inc.

---

Case No. 2:16-cv-00737                    NOTICE OF DISMISSAL OF DEFENDANT
                                          XTVNOW, INC. WITHOUT PREJUDICE
1163768

1

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 8, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

                                          */s/ Yoshie Botta*
                                          Yoshie Botta